**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

TANEIKA BAINES,

      Plaintiff,                             CASE NO. 8:11-cv-00065-SDM-MAP

v.

MONARCH RESOLUTIONS,

      Defendant.

_____/

**<u>NOTICE OF VOLUNTARY DISMISSAL</u>**

          TANEIKA BAINES (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, MONARCH RESOLUTIONS (Defendant), in this case.

                              RESPECTFULLY SUBMITTED,

Dated: July 15, 2011                By:  /s/ Shireen Hormozdi_____
                                    Shireen Hormozdi, Esq.
                                    FBN: 882461
                                    KROHN & MOSS, LTD.
                                    10474 Santa Monica Blvd, Suite 401
                                    Los Angeles, CA 90025
                                    T: (323) 988-2400 ext. 230
                                    F: (866) 802-0021
                                    shormozdi@consumerlawcenter.com
                                    *Attorney for Plaintiff*

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 15, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that on July 15, 2011, I served the Defendant at the address below via USPS mail.

Monarch Resolutions
4244 Ridge Lea Road, # 6
Amherst NY 14226

By:/s/ Shireen Hormozdi
Shireen Hormozdi

2