UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TANEIKA BAINES,

    Plaintiff,

v.                                       CASE NO: 8:11-cv-65-T-23MAP

MONARCH RESOLUTIONS,

    Defendant.
_____/

## **ORDER**

The notice (Doc. 6) of voluntary dismissal with prejudice is **APPROVED** in accord with Rule 41(a), Federal Rules of Civil Procedure, and this action is **DISMISSED WITH PREJUDICE**. The Clerk is directed to (1) terminate any pending motion and (2) close the case.

ORDERED in Tampa, Florida, on July 20, 2011.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE